IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LISA SJOBERG**, ) </br> ) </br> **Plaintiff**, ) </br> ) </br> vs. ) </br> ) </br> **MBM FOOD SERVICE, INC.** and ) </br> **AMBASSADOR PERSONNEL, INC.**, ) </br> ) </br> **Defendants**. ) </br> ) | Civil Action No. </br> 1:15-cv-04072-WSD |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal without prejudice of the instant case. Except as otherwise agreed, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 4th day of February, 2016.

| | |
|---|---|
| **DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC** | **Moore Clarke DuVall & Rodgers, P.C.** |
| */s/ Mitchell D. Benjamin* </br> Mitchell D. Benjamin </br> Georgia Bar No. 049888 | */s/ C. Jason Willcox* </br> C. Jason Willcox </br> Georgia Bar No. 760322 |
| */s/ Matthew W. Herrington* </br> Matthew W. Herrington </br> Georgia Bar No. 275411 </br> </br> 3100 Centennial Tower | Post Office Drawer 71727 </br> Albany, Georgia 31708-1727 </br> (229) 888-3338 </br> (229) 888-1191  (facsimile) </br> jwillcox@mcdr-law.com |

1

101 Marietta Street
Atlanta, GA 30303                                  Counsel for Defendant
(404) 979-3150                                     Ambassador Personnel, Inc.
(404) 979-3170 (facsimile)
benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LISA SJOBERG**,  )<br>)<br>**Plaintiff**,  )<br>)<br>vs.  )<br>)<br>**MBM FOOD SERVICE, INC.** and  )<br>**AMBASSADOR PERSONNEL, INC.**,  )<br>)<br>**Defendants**.  )<br>) | Civil Action No.<br>1:15-cv-04072-WSD |

## CERTIFICATE OF FONT COMPLIANCE
## REQUIRED BY LOCAL RULE 7.1D AND SERVICE

In accordance with Local Rule 7.1D, I hereby certify that the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.  I further certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email or other notification of such filing to the following attorneys of record:

C. Jason Willcox
Post Office Drawer 71727
Albany, Georgia 31708-1727

>*/s/ Mitchell D. Benjamin*
>Mitchell D. Benjamin
>Georgia Bar No. 049888
>
>**COUNSEL FOR PLAINTIFF**

4